**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:11cv184**

| | | |
|---|---|---|
| **JENNIFER KRISTINE REZENTES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **RED ROOF INN AND SAMIT** | ) | |
| **HOSPITALITY, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 4, 2011, the Court entered an Order denying the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] and directing her to pay the required filing fee of $350.00 within thirty (30) days. The Plaintiff was advised that "failure to pay the required filing fee will result in the dismissal of this action." [Doc. 3 at 2].

A review of the docket reveals that the Plaintiff has not paid the filing fee as required. Accordingly, this action shall be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 10, 2011

Martin Reidinger
United States District Judge