# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jennifer Kristine Rezentes,

    Plaintiff(s),

vs.

Red Roof Inn and Samit Hospitality, Inc.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11cv184

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/12/11 Order.

Signed: September 12, 2011

Frank G. Johns, Clerk
United States District Court